AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
20 JAN 22 AM 9: 57
CLERK-ALBUQUERQUE

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO
2020 JAN 10 PM 2: 11

United States of America
v.
JODIE MARTINEZ

)
)
)
)
)
)

Case No.  CR 20-80 KWR

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  JODIE MARTINEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter;

Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury.

Date:  01/09/2020

_Issuing officer's signature_

City and state:  Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
_Printed name and title_

**Return**

This warrant was received on _(date)_  1/14/2020 , and the person was arrested on _(date)_  1/17/2020
at _(city and state)_  GALLUP, NM.

Date:  1/21/2020

_Arresting officer's signature_

DAVID LOOS - SPECIAL AGENT
_Printed name and title_