# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 20-80 KWR | UNITED STATES vs. Martinez | |
| Hearing Date: | 1/22/2020 | Time In and Out: | 9:56 am-10:00 am |
| Courtroom Deputy: | C. Lopez | Digital Recording: | Rio Grande |
| Defendant: | Jodie Martinez | Defendant's Counsel: | Mallory Gagn |
| AUSA: | Sarah Howard | Pretrial/Probation: | Sandra Day |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☒ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, February 11, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Riggs
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Parties stipulate to 5day continuance of Detention Hearing; reset for 1/29/2020 @ 9:30 am