(Rev. 06/19) Waiver of Detention Hearing

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

JAN **2 9** 2020

MITCHELL R. ELFERS
CLERK

United States of America

v.

Jodie Martinez
*Defendant*

Case No. 20-CR-80 KWR

## WAIVER OF DETENTION HEARING

I, Jodie Martinez _____ charged in: (an indictment, complaint, petition)

with Involuntary Manslaughter and assault _____,

Title _____ 18 _____, U.S.C. 1153, 1112, 113(a)(6) and having appeared before

this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18. U.S.C. § 3142,

including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing

and agree to be detained. However, I reserve the right to petition the court to review my detention and set

reasonable conditions of release.

Date: 1-29-2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mallory Gagan
*Printed name of defendant's attorney*