# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Detention

| | | | |
|---|---|---|---|
| Case Number: | 20-80 KWR | UNITED STATES vs. Martinez | |
| Hearing Date: | 1/29/2020 | Time In and Out: | 10:26 am -10:27 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Jodie Martinez | Defendant's Counsel: | Mallory Gagan |
| AUSA: | Raquel Ruiz-Velez | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for      on      @

### Preliminary/Show Cause/Identity
- ☐ Defendant
- ☐ Court finds probable cause      ☐ Court does not find probable cause

### Detention
- ☒ Defendant waives Detention Hearing
- ☐

### Custody Status
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other
- ☐ Matter referred to      for Final Revocation Hearing
- ☐