IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                            Cr. No.: 20-0080 KWR

JODIE MARTINEZ,

    Defendant.

## **PROTECTIVE ORDER**

This matter having come before the Court on the United States' Unopposed Motion for a Protective Order (Doc. 16) and the Court having considered the matter, finds this motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Jane Doe's medical records (hereinafter referred to as "medical records") disclosed in this case are subject to the following restrictions:

1. Medical records received by Defendant (through Defendant's attorney) from the United States shall not be shown or otherwise provided or disclosed to individuals other than:

    a. Defendant;

    b. Defendant's attorney of record;

    c. employees of such attorney to whom it is reasonably necessary that the medical records be shown for the purposes of this action;

    d. witnesses and their counsel and potential witnesses and their counsel; and,

    e. experts or consultants who are assisting in this action.

Individuals to whom medical records are shown or otherwise provided must be provided with a copy of this protective order, and agree to be bound by its terms prior to being shown or otherwise provided with the medical records.

2.	Medical records received by Defendant shall be used solely for the purposes of this action.  Nothing in this protective order limits Defendant or the United States from disclosing the medical records in this or related judicial proceedings, including in motions, at hearings, at trial, or in an appeal.  This protective order requires, however, that the party redact any personal identifying information and other private information in accordance with Fed. R. Crim. P. 49.1.

3.	Counsel for Defendant and/or anyone properly assisting counsel shall not give any copies of the medical records directly to Defendant.  Defendant only may review the medical records in the presence of counsel.

So Ordered this 5th day of February, 2020.

_____
KEA W. RIGGS
United States District Judge

Submitted by:
Raquel Ruiz-Velez, Assistant U.S. Attorney

Approved by:
Mallory Gagan, Counsel for Defendant