**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff** | ) | No. 20-CR-80 KWR |
| vs. | ) | |
| | ) | |
| JODIE MARTINEZ, | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF LODGING OF VIDEO**

TO THE ABOVE CAPTIONED COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Defendant Jodie Martinez hereby gives notice that she is lodging a DVD copy of a video dated October 29, 2020, with the Court in connection with her Sentencing Memorandum filed this same date.  (Doc. 34)  DVD copies of the *Defendant's Sentencing Video* will be delivered to the Court's Clerk's Office with this notice via our usual court run. A copy of this notice and DVD will be delivered to opposing counsel.

Dated:  November 4, 2020

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
Mallory_gagan@fd.org

*Electronically filed November 4, 2020*
/s/ Mallory Gagan
Assistant Federal Public Defender

1